# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANNY ROSS

**APPEARANCE**

Case Number:    05-30033-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     The United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

_Signature_

Todd E. Newhouse
Print Name     Bar Number

1550 Main Street, Rm 310
Address

Springfield     MA    01103
City     State     Zip Code

(413) 785-0235     (413) 785-0394
Phone Number     Fax Number