UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                              )<br>)<br>DANNY ROSS                            )<br>) | CRIMINAL NO.  05-300~~33~~-MAP |

### MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

    _____ Crime of violence (18 U.S.C. Section 3156)

    \_\_X\_\_ Maximum sentence life imprisonment or death

    \_\_X\_\_ 10 plus years drug offense

    _____ Felony, with two prior convictions in above categories

    \_\_X\_\_ Serious risk defendant will flee

    _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    \_\_X\_\_ Defendant's appearance as required

    \_\_X\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will, ~~will not~~) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

    __X__  Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    _____  At first appearance

    __X__  After continuance of __3__ days (not more than 3)

5. <u>Witnesses</u>.  The United States intends to call the following witnesses: by proffer

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this __9th__ day of ___June___, 20 __05__.

                                                  *[signature]*
                                       Assistant United States Attorney
                                       TODD E. NEWHOUSE