SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-30033-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| ) | |
| v.  ) | |
| ) | |
| DANNY ROSS,  ) | |
| Defendant.  ) | |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant DANNY ROSS to increase the punishment that may be imposed by this Court upon defendant DANNY ROSS'S conviction for the drug offenses alleged in Counts One and Two of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding DANNY ROSS are the following:

1)  felony convictions of guilty for Possession of Cocaine with Intent to Distribute; and Distribution of Cocaine in a School Zone; Docket Numbers 041284-1 and 041284-2, entered on June 7, 2005, in Hampden County Superior Court, Springfield,

1

Massachusetts; and

2) a felony conviction of guilty for Distribution of a Class B Controlled Substance, Cocaine; Docket Number 98936, entered on September 21, 1998, in Hampden County Superior Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 14 day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      June 14, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

TODD E. NEWHOUSE
Assistant United States Attorney