AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANNY ROSS

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05-30033-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **DANNY ROSS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of Title __18__ United States Code, Section(s) __841__

Kenneth P. Neiman                                              Magistrate Judge
Name of Issuing Officer                                        Title of Issuing Officer

/s/ Kenneth P. Neiman                                          Springfield, Mass.
Signature of Issuing Officer                                   Date and Location

Bail fixed at $ _____ by _____ Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  Springfield, M.

| DATE RECEIVED 6/15/05 | NAME AND TITLE OF ARRESTING OFFICER U.S. Marshals Service | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/29/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DANNY ROSS

ALIAS:

LAST KNOWN RESIDENCE: 60 Suffold Street (2nd Flr), Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: New York

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 4070

HEIGHT: 6'2"

WEIGHT: 215 lbs

SEX: MALE

RACE: Black

HAIR: Black

EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)