UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30033-MAP |
| | ) | |
| DANNY ROSS, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned indictment because the defendant has been arrested and therefore no further purpose is served by the continued sealing of said indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

Date: June 29, 2005