UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                     )   CRIMINAL NO. 05-30033-MAP<br>)<br>DANNY ROSS                )  | |

### WAIVER

I, Danny Ross, fully understand that upon the return of the Federal indictment in the above-mentioned case, on June 9, 2005 a warrant for my arrest was issued and that upon my arrest a Federal Detainer was placed against me at the Hampden County House of Correction, Ludlow, Massachusetts, and said Detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the Federal Court securing my presence for proceedings on the above-captioned Federal indictment.

I have discussed this matter fully with my attorney, and after having such discussion, I hereby voluntarily and knowingly waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings on <u>United States v. Danny Ross</u>, Criminal No. 05-30033-MAP, and I further voluntarily consent to the Federal Court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in Federal Court, and

I voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

DATE: 6/29/05

_____
Defendant Danny Ross

_____
Witnessed by:
Bernard J O'Connor Jr. Esq.
Attorney for Danny Ross