LAW OFFICES
## O'CONNOR, MARTINELLI, CULLINAN & PIKULA
SUITE 1022
1391 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1649
TELEPHONE (413) 781-5311
FACSIMILE (413) 746-2707

S. THOMAS MARTINELLI
BERNARD T. O'CONNOR, JR.
EDWARD M. PIKULA
WILLIAM G. CULLINAN
SHAWN M. O'CONNOR

BERNARD T. O'CONNOR (1917-1992)
THOMAS J. O'CONNOR (1925-1996)
WILLIAM L. COHN (1925-2002)

INDIVIDUAL PRACTITIONERS, NOT IN PARTNERSHIP

August 10, 2005

Todd Newhouse, Assistant U.S. Attorney
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103

    RE:   United States v. Danny Ross
            Criminal No.: 05-30033-MAP

Dear Attorney Newhouse:

    Pursuant to the Local Rules 116.2 and 116.3 the Defendant requests the following discovery:

    1.   Disclose the following information regarding the cooperating witness (CW) Julian Rios:

        a.   Record and information revealing CW Rios' prior misconduct;

        b.   Record and information revealing promises, rewards or considerations given to the CW, specifically as it relates to his pending charges in the Springfield District Court;

        c.   Record and information revealing any threats concerning criminal prosecution investigations or potential criminal prosecutions or investigations pending, or which could be brought against the cooperating witness (CW) Julian Rios;

        d.   Identify each occasion on which the cooperating witness (CW) Julian Rios has testified before the court or grand jury in connection with this case or other cases, including names and criminal numbers of any and all other criminal cases, state or federal, in which Rios had been involved either as an informant, cooperating witness or defendant; and

        e.   Copies of cooperation agreements made by the

1

    government with the cooperating witness (CW)
    Julian Rios or any other witness.

  2. Disclosure of the names of expert witnesses the government expects to call as part of its case-in-chief, including each experts qualifications, the expected testimony of each expert, and the basis for the expert's opinion.

  3. Post arrest statements made by cooperating government witnesses or prospective government witnesses.

  4. Exculpatory evidence including:

    a. Any information effecting the credibility of the cooperating witness (CW) Julian Rios other than the payments made to him under his agreement with the government, or any other witnesses the government intends on calling in its case-in-chief;

    b. Inconsistent statements made by the cooperating witness(CW) Julian Rios or any other witnesses the government intends on calling in its case-in-chief, regarding the defendant's alleged conduct;

    c. Information regarding any bias or prejudice by any witness the government intends on calling in its case-in-chief;

    d. Information regarding any prosecutable federal offense offense known by the government to have been committed by cooperating witness (CW) Julian Rios or any other witnesses the government intends on calling in its case-in-chief;

    e. Fed.R.Evid. 608(b) conduct to have committed by any witnesses that the government intends on calling in its case-in-chief; and

    f. Any information known tom the government regarding the mental and/or physical impairment of any witness that the government intends on calling in its case-in-chief that may effect the ability of that person to testify or recollect accurately.

  5. Any information that tends to diminish the degree of the defendant's responsibility, guilt or blameworthiness or would diminish the defendant's Offense level under the Sentencing Guidelines.

Thank you.

                          Very truly yours,

                          BERNARD T. O'CONNOR, JR.

BTOC.JR\lvf

c:    Bethany Healy, Clerk to Judge Niemann