UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30033-MAP |
| ) | |
| DANNY ROSS, ) | |
| Defendant ) | |

FINAL STATUS REPORT
September 30, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. The parties are not presently engaging in plea negotiations and estimate that a trial will take five days. An initial pretrial conference has been scheduled for October 24, 2005 at 3:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file dispositive motions.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties report and the court finds that twenty-nine days will have run on the Speedy Trial clock as of October 24, 2005. An Order of

      Excludable Delay will issue.

5.     There are no other matters relevant to the progress or resolution of the case.

DATED:   September 30, 2005

                                                     /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge