UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30033-MAP |
| v. ) | |
| ) | |
| DANNY ROSS, ) | |
| Defendant. ) | |

FILED
CLERK'S OFFICE

2005 OCT 24  P 5: 34

### GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 24, 2005 through January 23, 2006 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the October 24, 2005 Status Conference the defendant requested time within which to review DVD's of the drug deals provided during discovery. The Court continued the case until January 23, 2006 for trial. The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this request.

Therefore, the government moves that the Court exclude the time between October 24, 2005 through January 23, 2006 from the

1

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:

                              _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

                        CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                              October 24, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

                              _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney