UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)   Criminal No. 05-30033-MAP
)
)
v. )
)
DANNY ROSS, )
    Defendant. )

GOVERNMENT'S SECOND MOTION FOR ENTRY
OF AN ORDER OF EXCLUDABLE DELAY

    Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 24, 2005 through February 13, 2006 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

    During the October 24, 2005 Status Conference the defendant requested time within which to review DVD's of the drug deals provided during discovery. The Court continued the case until January 23, 2006 for trial. At the December 12, 2005 Status Conference the defendant again requested more time to arrange to have the defendant view the DVD's at the jail where he is being detained pending trial. The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this request.

    Therefore, the government moves that the Court exclude the time between October 24, 2005 through February 13, 2006 from the

1

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                December 12, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney