

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

FILED
[...] OFFICE

2006 JAN 13 P 3: 15

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 13, 2006

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

    Re: <u>United States v. Danny Ross</u>
        Criminal No. 05-30033-MAP

Dear Attorney O'Connor:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

               Very truly yours,

               MICHAEL J. SULLIVAN
               United States Attorney

        By:

               TODD E. NEWHOUSE
               Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);