UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-300__-MAP |
| ) | |
| DANNY ROSS, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO CONTINUE STATUS CONFENERENCE

The defendant, by undersigned counsel, respectfully requests the status conference hearing, now scheduled for January 20, 2006, at 3:00 P.M., be continued for one week until another convenient date with the Court on or after January 27, 2006. As reasons therefore:

1. The status conference has been scheduled for January 20, 2006, at which time the defendant was to notify the Court whether he would be proceeding by way of trial or plea.

2. The defendant has received from the government evidence contained on a DVD/CD Rom disc, that unfortunately, can not be read by counsel's office computer or home computer or any other computer counsel may have access to. Accordingly, the discs have not been reviewed nor has the defendant had an opportunity to view the computer discs.

3. Defendant has had the DVD\CD Roms converted to video in order that he may review same. Undersigned counsel made arrangements with the Sheriff's Department at the HOC whereby video equipment would be provided to the defendant. Pursuant to the Sheriff's instructions undersigned counsel delivered videotapes to the HOC with again assurances from their staff that arrangements would be made for the

defendant to view the videotapes. This date undersigned counsel met with Defendant who informed him that arrangements had not been made and he has not had the opportunity to view the evidence on the videotapes.

Accordingly, the defendant has not been able to review the discovery provided, and is not able to make a decision at this time regarding how he will proceed.

4.  The Defendant would agree that the time from January 20, 2006 through the next scheduled date be excludable from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A) (1),(2), &(3).

5.  The government takes no position to defendant's motion to continue.

WHEREFORE, the defendant moves that the status conference be continued to another date convenient with the Court, after January 27, 2006.

Dated: 1/20/2006

Respectfully submitted,
The Defendant,

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311