# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  SHERIFF, HAMPDEN COUNTY HOUSE OF CORRECTION

YOU ARE COMMANDED to have the body of ____DANNY ROSS_____ now in

your custody, before the United States District Court for the District of Massachusetts, United States

Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on

FEBRUARY 6, 2006, at 11:30 A M.

for the purpose of ____RULE 11 HEARING_____

in the case of   UNITED STATES OF AMERICA V. __DANNY ROSS_____

CR Number __05-30033-MAP_____

And you are to retain the body of said ____DANNY ROSS_____ while

before said Court upon said day and upon such other days thereafter as his attendance before said Court

shall be necessary, and as soon as may be thereafter to return said _DANNY ROSS_____ to

the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he

had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with

your doings herein.

Dated this __3RD_____ day of__FEBRUARY, 2006_.


___PONSOR, D.J._____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

SARAH A. THORNTON
CLERK OF COURT

By:_____
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)