

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
CLERK'S OFFICE
2006 MAR 23 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

 Re: <u>United States v. Danny Ross</u>
   Criminal No. 05-30033-MAP

Dear Attorney O'Connor:

 In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with a copy of the enclosed Motion and Affidavits filed in <u>United States v. Ruiz</u>, Cr. No. 05-30038-MAP.

 Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

         Very truly yours,

         MICHAEL J. SULLIVAN
         United States Attorney

      By:

         TODD E. NEWHOUSE
         Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
 Courtroom Clerk
 Hon. Kenneth P. Neiman
 United States Magistrate Judge
 w/o enclosure