UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-30033 -MAP |
| | ) |
| DANNY ROSS, | ) |
| Defendant | ) |

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM
AND MOTION TO DEPART**

Now comes the Defendant, Danny Ross, and respectfully submits the following materials for the Court's consideration:

1. LETTER FROM MOTHER, LORRAINE KITCHINGS;

2. LETTER FROM LISA DELEON; AND

3 CERTIFICATES OF ACHEIVEMENT.

RESPECTFULLY SUBMITTED,
THE DEFENDANT, DANNY ROSS

Dated: 6/21/06

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557879
1391 Main Street - Suite 1022
Springfield, MA 01103-1610
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED UPON
(EACH PARTY APPEARING PRO SE AND)
THE ATTORNEY OF RECORD FOR EACH
OTHER PARTY BY MAIL / BY HAND ON
6/22/06
_____
Signature

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.