11/7/07

FILED
IN CLERK'S OFFICE

2007 NOV 13 A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

To Whom it may concern (

My name is Danny L. Ress Jr., of Springfield, Mass. I was sentenced in September 5, 2006, in your U.S.D.C. to 156 months, by Honorable Michael A. Ponsor. My nature of request is my sentencing transcripts. I have tried to get them a numerous amount of time's through my public defender (Bernard O'Connor who has failed to meet my request or even respond to my letter. If not what must i do to obtain such criteria?

Thank you,

Danny L. Ress Jr. # 90884-03.