Date: ~~March~~ February 4, 2008

Hon. Michael Ponsor
c/o _____
Deputy Clerk
United States District Court

05 CR 30033-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS
2008 FEB 28 A 10: 31
FILED
IN CLERK'S OFFICE

Dear Adrian Conrad:

    I was sentenced by Judge **Michael Ponsor** on **9/5/06** based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I had appointed counsel in my original case and

    ____ I do wish to be represented by the same lawyer who represented me at my original sentencing.

    _✓_ I do not wish to be represented by the same lawyer who represented me at my original sentencing.

                                            Sincerely,

Name: **Danny Lee Ross Jr.**

Address: **F.C.I Fairton P.O. Box 420 Fairton New Jersey, 08320**

Telephone: _____